UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-173 (DSD/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABDIAZIZ SHAFII FARAH, et al., )<br>)<br>Defendants. ) | **GOVERNMENT'S MOTION FOR DISCOVERY** |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Assistant United States Attorney, hereby moves the Court:

A. For an order requiring defendant Abdiaziz Shafii Farah, Abdimajid Mohamed Nur, Said Shafii Farah, Abdulkarim Shafii Farah, and Ladan Mohamed Ali to disclose and to permit inspection and copying of the following pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure:

1. <u>Documents and Tangible Objects</u>: All books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial of the above captioned matter.

2. <u>Reports of Examinations and Tests</u>: All results and reports of physical or mental examinations and of scientific tests or experiments made in connection with the above captioned matter, or copies thereof, within the possession

or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial of the above captioned matter or which were prepared by a witness whom the defendant intends to call at trial.

       3.    <u>Expert Testimony</u>: A written summary of testimony the defendant intends to use under Rules 702, 703 and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefore, and the witnesses' qualifications.

    B.    <u>Alibi</u>: For an order pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure requiring defendant, if he intends to claim alibi as a defense, to state the specific place or places at which the defendant claims to have been at the time of the alleged offenses in the above captioned matter and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi.

    C.    <u>Insanity Defense/Mental Illness</u>: For an order pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to rely upon the defense of insanity or introduce expert testimony relating to a mental disease or defect or any other mental condition of the defendant bearing upon the issue of guilt, to give notice to the government no later than the date of the first hearing on pretrial motions.

    D.    <u>Public Authority</u>: For an order pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to rely upon a defense of actual or believed exercise of public authority on behalf of a law

enforcement agency or federal intelligence agency at the time of the offense, to give notice to the government and the Court no later than the date of the first hearing on pretrial motions.

E.  <u>Witness Statements</u>: For its order pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure requiring the defendant to produce all statements in her possession or control of any witness that the defendant calls in connection with a suppression hearing, detention hearing, trial, or sentencing.

Respectfully Submitted,

Dated:  July 9, 2024

ANDREW M. LUGER
United States Attorney

BY:  /s/ *Joseph H. Thompson*
JOSEPH H. THOMPSON
Assistant U.S. Attorney