# **NEWMARK LAW OFFICE**

1600 Hopkins Crossroad
Minnetonka, MN 55305

eric@newmarklawoffice.com
nashaly@newmarklawoffice.com

August 1, 2024

The Honorable Magistrate Douglas L. Micko
316 N. Robert Street
St. Paul, MN 55101

Re: U*nited States v. Ladan Ali, Case No. 24-cr-173 (DSD/DLM)*

Dear Magistrate Judge Micko:

I write to advise Defendant Ladan Ali will not be filing pre-trial motions in the above captioned matter and waives her right to a motion hearing.

    Respectfully,

    /s/ Eric Newmark

    Eric Newmark