UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | DEFENDANT ABDIAZIZ SHAFII |
| Plaintiff, | ) | FARAH'S MOTION FOR AN |
| | ) | EXTENSION OF THE MOTIONS FILING |
| vs. | ) | DATE AND MOTIONS HEARING |
| | ) | |
| Abdiaziz Shafii Farah, | ) | Crim. No. 24-173 (DSD/DLM) |
| | ) | |
| Defendant. | ) | |

Defendant Abdiaziz Shafii Farah, through undersigned counsel, hereby moves the Court for an extension of the motions filing date, for 60 days or until 1 October 2024, to submit his pretrial motions.

Motions are presently due to be filed today. *See* R. Doc 64. Undersigned counsel, however, needs additional time to review voluminous discovery, seek additional disclosures, and engage in meaningful settlement discussions with Government counsel. It seems entirely possible that with sufficient time pretrial motions may not be necessary to resolve the case. More time is nonetheless needed to review the discovery, and confer both with opposing counsel and with Defendant Farah.

It appears that Co-defendant Abdulkarim Shafii Farah also has moved today for an extension of the motions filing date until 1 October 2024. R. Doc 79. Defendant Abdiaziz Farah joins in that reasonable request.

Undersigned counsel telephonically met and conferred with Government counsel Joseph Thompson today regarding this motion, and the Government does not oppose the relief here sought.

Dated: 2 August 2024                    Respectfully submitted,

*s/ Daniel L. Gerdts*

Daniel L. Gerdts (#207329)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086
daniel@danielgerdtslaw.com