```
         UNITED STATES DISTRICT COURT
            DISTRICT OF MINNESOTA
        CRIMINAL NO. 24-173(1) (DSD/DLM)
```

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

**ORDER**

ABDIAZIZ SHAFII FARAH,

        Defendant.

This matter comes before the court on defendant's motion for a furlough. The government and the probation officer object to the motion. Based on those objections and a review of the file, the court concludes that a furlough is not warranted. Accordingly, **IT IS HEREBY ORDERED** that the motion for furlough [ECF No. 97] is denied.

Dated: November 12, 2024      s/David S. Doty
                                       David S. Doty, Judge
                                       United States District Court