UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 24-cr-173 (DSD)

_____

United States of America,

      Plaintiff,

**MOTION FOR EXTENSION OF TIME TO FILE POSITION REGARDING SENTENCING**

v.
Ladan Ali,

      Defendant.

_____

## MOTION

Defendant Ladan Ali, through his attorney, Eric L. Newmark, respectfully moves this Honorable Court for an Order indefinitely extending the deadline to file sentencing materials until two weeks before a sentencing date, yet to be scheduled.

## GROUNDS

Parties agree this matter is not ready to be set for sentencing at this time. The Government, through assistant United States Attorney Joseph H. Thompson, is in agreement with this request.

Dated: __1/9/2024____

/s/Eric L. Newmark___
Eric L. Newmark MN Atty No. 259792)
Attorney for Defendant
1600 Hopkins Crossroad
Minnetonka, MN 55305
(612) 464-1161
eric@newmarklawoffice.com