# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | Case No: 24-cr-173 (1) (DSD/DLM) |
| v. | ) | Date: June 18, 2025 |
| | ) | Court Reporter: Lori Simpson |
| ABDIAZIZ SHAFII FARAH, | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 12W |
| | ) | Time Commenced: 10:30 a.m. |
| | ) | Time Concluded: 11:13 a.m. |
| | | Time in Court: 0 Hours & 43 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:     Matthew S. Ebert
   For Defendant:   Daniel L. Gerdts

PROCEEDINGS:
   ☒ **Change of Plea Hearing.**

   ☒ PLEA:
      ☒ Guilty as to Count: 2

   ☒ Presentence Investigation and Report requested.
   ☒ Defendant remanded to the custody of the U.S. Marshal.

_mdb_
Judicial Assistant
