THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs.

Said Shafii Farah,

Defendant,

Case No. 24-cr-173 DSD/DLM

**DEFENDANT'S UNCONTESTED
MOTION FOR CONTINUANCE
OF SENTENCING**

Defendant, by and through his attorney, hereby respectfully moves the Court for a continuance of the presently set sentencing date of August 13, 2026, on the following grounds:

Mr. Farah's sentencing hearing is presently set for August 13, 2026. Good cause exists for a brief continuance of this matter due to family medical circumstances. Mr. Farah's elderly mother-in-law is scheduled to undergo major surgery and will require full-time care following the operation. Mr. Farah's spouse and immediate family must travel out of the country to assist with her transportation and postoperative care. The family is not scheduled to return to the United States until mid-September 2026. Their presence is important to Mr. Farah and to his presentation at sentencing.

For the above reasons, undersigned counsel respectfully requests that the present sentencing hearing be continued to a date after October 5th. Undersigned counsel has communicated with Assistant United States Attorney Mr. Mathew Murphy, and Mr. Murphy does not object to the continuance.

1

Respectfully submitted,

Dated: 7/27/26

/s/ Eric J. Olson

Eric J. Olson
Attorney for Defendant
8009 34th Ave. S., Suite 1492
Bloomington, MN 55425
(952) 835-1088
Eric@OlsonDefense.com