UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 24-cr-00173-005(ECT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ladan Mohamed Ali,<br><br>Defendant. | **MOTION<br>FOR A VARIANCE** |

Defendant Ladan Ali, by and through her undersigned counsel, respectfully moves the Court for a variance below the Sentencing Guidelines range attributable to her as set forth in the Pre-Sentence Report. This motion is based on the files and records herein, Defendant's Sentencing Memorandum, arguments of counsel, and other points and authorities as may subsequently be presented.

Respectfully submitted,

NEWMARK LAW OFFICE LLC

Dated: 11/6/2026

s/ Eric L. Newmark

Eric L. Newmark (#259792)
1600 Hopkins Crossroad
Minnetonka, MN 55305
Tel (612) 464-1160

ATTORNEY FOR DEFENDANT